United States District Court
Southern District of Texas
**ENTERED**
September 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID R. DAYA, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2965 |
| SKY MRI & DIAGNOSTICS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on August 2, 2021 (Doc. #18) and Defendant's Response and Objections (Doc. #19). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(l); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and the applicable law, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

SEP 2 7 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge